*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00370-CV

**IN THE INTEREST OF B.J.B.**, et al.

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2007-PA-00780
Honorable Richard Garcia, Judge Presiding

Opinion by:    Sandee Bryan Marion, Justice

Sitting:        Alma L. López, Chief Justice
            Sandee Bryan Marion, Justice
            Rebecca Simmons, Justice

Delivered and Filed:   November 19, 2008

AFFIRMED

This is an appeal from the trial court's termination of appellants' parental rights. *See* TEX. FAM. CODE ANN. § 161.001 (Vernon Supp. 2008). Appellants' court-appointed attorneys filed briefs containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Each counsel concluded their client's appeal was without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights). Counsel provided appellants with a copy of their brief. Appellants were informed of their right to review the record and advised of their right to file a pro se brief. Neither appellant filed a brief.

After reviewing the record, we agree that the appeals are frivolous and without merit. The judgment of the trial court is affirmed. We GRANT counsels' motions to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Sandee Bryan Marion, Justice